**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JUL 13 A 10: 57

UNITED STATES OF AMERICA

v.

JUAN L. JACKSON

Case No. 3:01-cr-215-J-20TEM

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On July 12, 2006, Julie H. Savell, Assistant United States Attorney, and the Defendant, JUAN L. JACKSON, appeared in person and with his counsel, Robert Calvin Rivers, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 29, filed June 7, 2006).

The Defendant, having heretofore been convicted on March 1, 2002, in Case No. 3:01-cr-215-J-20TEM, of offense charged, to wit: Distribution of cocaine base, in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(C), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 37 months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 29, filed June 7, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **thirty (30) days**.

3. Upon release from confinement, the Defendant will be on supervised release for a term of **two (2) years**, under the standard conditions of supervision, and the following special conditions:

a. The defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

b. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer, specifically the Batterer's Intervention Program at the Betty Griffin House. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

4. The Defendant shall report to the designated institution no later than 2:00 p.m. on Monday, August 14, 2006.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge
On behalf of:
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Julie H. Savell, Esq.
Robert Calvin Rivers, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office

Juan L. Jackson
4112 Vermont Blvd.
Elkton, FL 32033