UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 APR 24 P 3: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

JUAN L. JACKSON

Case No. 3:01-cr-215-J-20TEM

_____/

### SUPERVISED RELEASE REVOCATION
### and
### JUDGMENT AND COMMITMENT

On April 24, 2007, Julie H. Savell, Assistant United States Attorney, and the Defendant, JUAN L. JACKSON, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 55, filed March 8, 2007).

The Defendant, having heretofore been convicted on March 1, 2002, in Case No. 3:01-cr-215-J-20TEM, of offense charged, to wit: Distribution of cocaine base, in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(C), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 37 months; and was placed on supervised release for a term of three (3) years; and subsequently appeared before the Court for violation of supervised release on July 13, 2006, and was sentenced to be imprisoned for a term of 30 days; and was placed on supervised release for a term of two (2) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 55, filed March 8, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eleven (11) months**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2 1/2 day of April, 2007.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Julie H. Savell, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office